**Opinion issued November 25, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00478-CV

———————————

**MADHURI BONDYOPADHYAY AND PROBIR K. BONDYOPADHYAY, Appellant**

**V.**

**BANK OF NEW YORK MELLON FKA BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2007-SEA2, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-17412**

---

## MEMORANDUM OPINION

Appellants, Madhuri Bondyopadhyay and Probir K. Bondyopadhyay, have

appealed from a "Home Equity Foreclosure Order," signed by the trial court on

June 12, 2014. By its order, the trial court granted the application for a home equity foreclosure order of appellee, Bank of New York Mellon fka Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset Backed Certificates, Series 2007-SEA2. *See* TEX. R. CIV. P. 735, 736.1.

Under Texas Rule of Civil Procedure 736.8, an order granting an application for a home equity foreclosure order "is not subject to a motion for rehearing, new trial, bill of review, or appeal." TEX. R. CIV. P. 736.8(c). "Any challenge to a Rule 736 order must be made in a suit filed in a separate, independent, original proceeding in a court of competent jurisdiction." *Id.* Accordingly, we notified appellants that the Court might dismiss the appeal unless, within fourteen days of the notice, they provided a detailed explanation showing that we have jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3. Appellants responded, indicating that they have filed a new case in the trial court.

The June 12, 2014 order from which appellants have appealed to this Court grants appellee's home equity foreclosure application under Rule 736. Because a Rule 736 order is not appealable, we lack jurisdiction over the appeal. *See* TEX. R. CIV. P. 736.8; *Johnson v. Residential Funding Real Estate Holdings, Inc.*, No. 01-10-00287-CV, 2011 WL 2418516, at *1 (Tex. App.—Houston [1st Dist.] May 26, 2011, no pet.) (mem. op.) (citing *Grant–Brooks v. FV–1, Inc.,* 176 S.W.3d 933, 933 (Tex. App.—Dallas 2005, pet. denied); *Kelso v. CIT Group/Consumer Fin.*

2

*Inc.,* No. 01–05–00671–CV, 2005 WL 3118182, at *1 (Tex. App.—Houston [1st Dist.] Nov. 23, 2005, no pet.) (mem.op.); *Barriere v. Am. Serv. Mortg. Co.,* No. 14–10–00617–CV, 2010 WL 3504755, at *1 (Tex. App.—Houston [14th Dist.] Sept. 9, 2010, no pet.) (mem. op.)). Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. 42.3. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Massengale.